# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-2444 MRW | Date | June 15, 2023 |
|---|---|---|---|
| Title | Brooke v. Burton Way Hotels | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     ORDER TO SHOW CAUSE

1.      This is civil action.  The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program.

2.      In late April 2023, the parties filed a stipulation to extend the time for the defense to respond to the complaint to May 10.  (Docket # 7.)  However, neither party has filed anything with the Court since then.

3.      The parties are each ORDERED to show cause why the Court should not: (a) dismiss the action for failure to prosecute under Rule 41; or (b) enter a default against the defense under Rule 55.  The parties will respond to this OSC by declaration or other appropriate filing by June 26.